Lawrence H. Nagler (38120); lnagler@nagler.com
Daniel Nagler (251771); dnagler@nagler.com
NAGLER & ASSOCIATES
2300 South Sepulveda Boulevard
Los Angeles, CA  90064
(310) 473-1200 (tel)
(310) 473-7144 (fax)

Attorneys for Plaintiffs LANCE REYNOLDS

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE REYNOLDS<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMIE DURIE; JPD MEDIA PTY, LTD., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____<br><br>JAMIE DURIE et al,<br><br>　　　　Cross-claimants,<br><br>　　　　vs.<br><br>LANCE REYNOLDS,<br><br>　　　　Cross-defendant. | CASE NO.: 2:11-cv-5722 MWF (VBKx)<br><br>Judge: Hon. Michael W. Fitzgerald<br>Courtroom: 1600<br><br>**ORDER RE DISMISSAL**<br><br>Courtroom: 1600<br>Complaint Filed: 6/13/11 |

Plaintiff Lance Reynolds , on the one hand, and Defendants Jamie Durie and JPD Media PTY, Ltd, on the other hand, having entered a confidential settlement agreement to resolve their respective disputes in this Action;

THE COURT HEREBY ORDERS:

1.  The Third Amended Complaint against Defendants Jamie Dure and JPD Media PTY, Ltd. is dismissed with prejudice.

2.  The First Amended Counterclaims against Lance Reynolds are dismissed with prejudice.

3.  Each side is to bear their own costs and fees.

Dated:  October 15, 2012

_
HON. MICHAEL FITZGERALD
UNITED STATES DISTRICT JUDGE